RECEIVED
CLERK'S OFFICE
11 JUN -6 AM 8:22
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
ATHENS, GEORGIA

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2011 JUN -6 AM 10:07
J Sellers
DEPUTY CLERK

Clerks Of Court
Miss. G. Sellers And
Gregory J. Leonard
United States District Court
Middle District Court Of Georgia
115 East Hancock Avenue
P.O. Box 1106
Athens, Georgia 30603

Docket No.: 3:11-cv-77

Date: June 3, 2011

page-1

In Ré:

Louis E. Williams


*Louis E. Williams*
Louis E. Williams
2085 S. Milledge Avenue
Apt. # 213
Athens, Georgia 30605


Telephone Number:

706-316-9002


page-2

Louis Edward Williams
  Plaintiff

   vs.

Athens Import Auto Repair

  Jim And Daryll

    And

Et. Als.
    Defendants

## Repetitory Action

These Legal Actions are germaned to the Legal Actions and Law Suites, previously, filed, in the United States District Court, in, Athens, Georgia 30603, on, December 15, 2010, aganist, Athens Import Auto Repair, Inc. (Theft Shop), on, 835 Winterville Road, Athens, Georgia 30605.

The Civil Action Number is: 3:10-CV-105 (CDL).

Ever, who, is in possession of my stolen Vehicle: Mitsubishi, Eclipse, 1992, Black, 2S, 4 Cyl.; Vehicle Identification Number: 4A3CS34T7NE109804, I want it back, pronto and pro tanto.

Therefore, the Movant, Louis Edward Williams, is filing a Repetitory Action, against, the, illegal, Holder of, this, Vehicle.

The Holder of, this, Stolen Vehicle is in control of, this, Vehicle, unauthorizely. Doctor, Louis Edward Williams, did not

page-4

authorize the Holder to steal nor possess that Vehicle.

Therefore, Doctor, Louis Edward Williams, is the Legitimate Owner and Doctor Williams wants control of it.

I want to get back the possession of this Vehicle: Mitsubishi, Eclipse, 1992, Black, 2S, 4 Cyl.; Vehicle Identification Number(V.I.N.), Number: 4A3CS34T7NE109804, protanto.

The Thieves stoled, switched and swapped this Vehicle.

It was stolen, switched and swapped, on, October 6, 2007 or thereabout, with, License Plate, 8969 ANE, at, that, time.

The Thieves do not have the New License Plate: AYE 8022. It was placed on the Lemon Vehicle: Mitsubishi, Eclipse, 1992, Black, 2S, 4 Cyl.; Vehicle Identification Number(V.I.N.), Number: 4ASCS34T7NE109804, in good Faith, but, the Athens Import Auto Repair, Supra, (Case Number: 3:10-CU-105-(CDL)), showed it, upon, theirs, Repair Order Labor Instruction and Estimate Sheets.

Doctor, Louis Edward Williams, owns this, Vehicle: Mitsubishi, Eclipse, 1992, Black, 2s, 4 Cyl: Vehicle Identification Number (V.I.N.), Number: 4A3CS34T7NE109804, but, Doctor, Louis Edward Williams, is out of possession, solely, because, of the Thieves and Theft Ring of Theirs.

I, kept the Vehicle up and running, by, paying Auto Insurance, Registration for the State of Georgia and License Plates (Decals)(896 ANE and AYE 8022), also, for the State of Georgia.

Doctor, Louis Edward Williams, sought an All Point Bulletin (A.P.B.), be, put-out for the Foreign Designed Vehicle: 4A3CS34T7NE109804; which, was stolen and switched and swapped for the "Lemon" Vehicle: 4A5C534T7NE109804; (American Designed Vehicle, by, Conversion), by, the, Thieves.

Furthermore, the Movant, Louis Edward Williams;s policy Number for the Mitsubishi,

page-6

Eclipse, 1992, Black, 2S, 4 cyl.: 4A3CS34T7NE109804-Vehicle Identification Number(V.I.N.), Vehicle is Policy Number: GT 412870 07 and the Agent Number is: 101361-Larry Baumwald.

Therefore, the Petitioner, Louis Edward Williams, demands, that, once, Vehicle is found, by, Law Enforcement Authorities, the Vehicle be returned to Petitioner and any Compensation, as, well.

In addition, the, Athens Import Auto Repair is guilty and a member of the Jackson County Theft Ring, dating, back to the early and middle 1970s or there-about.

It is strongly, believed, by, the, Doctor, Louis Edward Williams(Civil Action Number: 3:10-CU-105-CDL).

The Thieves have Stationary Bills, upon, theirs Estimates for working on my Vehicle, that, was stolen, swap and switched.

They have my Vehicle, that, was stolen, swap and switched; Vehicle Identification Number:

4A3C534T7NE109804 and Title Number, License Plate; 8969-AWE (A y E 8022), year, Make And Model and Telephone Number, upon, theirs Stationary for Estimating parts to purchase for my Foreign Design Vehicle: V.I.N. 4A3C534T7NE109804, but, will not give it to me.

The Defendants and et. als. could not have, that, License Plate (A y E 8022), because, I ordered it and placed it on the "Lemon" Vehicle.

It is still on the "Lemon" Vehicle, in, Good-Faith.

In, furtherance, the Defendants and et. als. refused to work on the "Lemon" Vehicle: V.I.N.: 4A5C534T7NE109804, that, Doctor, Louis Edward Williams, took to them to be fixed, which, is the American Conversion Design.

Jim and Daryll and other Mechanics forced me to pay for my stolen Vehicle, that, they, swap and switched on October 6, 2007, License Plate, 8969 A N E and charged me $1,572.84 and more

page-8

(Tank of Gasoline, approximately, $4.00 a gallon and a Towing Fee of approximately, $100.00, Dollars) and they have not tendered nor reduced nor refunded any of my money to me, nor fixed the "Lemon" Vehicle, either.

Instead, the Defendants and et. als. tried to Frame the Plaintiff, Louis Edward Williams, by, puting imitated copies of the Title, Insurance of Vehicle, Registration of Vehicle and License Plate (Decal) of the Plaintiff, Louis Edward Williams's Vehicle, the, Glove Compartment of the "Lemon" Vehicle; V. I. N.: 4A5C534T7NE109804, in, which, they, Switched the Foreign Design for me to have the converted, American Design, the, "Lemon".

In conclusion, they are trying to entrap me, as, well, right, now.

Louis E. Williams
2085 S. Milledge Avenue
Apt. # 213
Athens, Georgia 30605

# Certificate Of Due Process

I certify, that, I filed, this, Legal Proceeding, into, the United States District Courts, in, Athens, Georgia 30603, Middle District Of Georgia and

Certified mail, Return Receipt, by, this, 3rd day of June, 2011.

The Defendants and Et. Als. are such powerful Figures in the Communities. **They are vicious.**

The Defendants and Et. Als. are Big, Powerful, Bold And Dangerous. **They are vicious.**

Therefore, Will the Clerks Of Court and the Honorable Court Serve the Defendants and et. als. Notice and Due Process, of, this, Legal Action, against, the, Powerful Figures And Dangerous Defendants and et. als. in the Communities? **They are vicious.**

In addition, Will you Subpoena and Summon the Defendants and et. als., who are necessary and

indispensable, Parties, to appear in, this, Honorable Court Of Law?

The Parties must Answer the Plaintiff, Louis Edward Williams's, Petition, before, Dismissal, of, this, Case (F.R. Civ. P. 26(a)(1)).

In Conclusion, Will you, please, Submit the Plaintiff, Louis Edward Williams, a, Copy, of, this, Petition, back, to, him?

Finally, I would like to proceed In Forma Pauperis. Therefore, Submit to the Plaintiff, Louis Edward Williams, an, Affidavit Form (Federal Rules Of Appellate Procedure, Form 4); 28 U.S.C. §§ 1915 and 1746 (28 U.S.C. § 655), F.R. Civ. P. 26(a)(1).

*Louis Edward Williams*

Louis Edward Williams
2085 S. Milledge Avenue
Apt. #213
Athens, Georgia 30605

Telephone Number:

706-316-9002

page-11